UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>JOSHUA L. MARKS )<br>)<br>Defendant ) | INFORMATION<br>CR 416-130 |

## ORDER

The Government's motion to dismiss the foregoing Information without prejudice is GRANTED.

SO ORDERED, this 17th day of July, 2018.

_____
HON. G. R. SMITH
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA